UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MANUEL VALLES,

    Plaintiff,

v.                                    Case No. 2:20-cv-00930-JLB-MRM

TRANS UNION, LLC,

    Defendant.
_____/

## ORDER

Plaintiff has filed a notice of voluntary dismissal with prejudice (Doc. 6) of his claims against Defendant under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff's notice is self-executing. Matthews v. Gaither, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam). Plaintiff's claims are **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to terminate any pending deadlines and close the file.

**ORDERED** in Fort Myers, Florida, on December 17, 2020.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE